```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.G. *individually and as of parent and natural guardian of A.I. and L.I, minor children*, *et al.*,

                Plaintiffs,

–v–

City of New York, *et al.*,

                Defendants.

20-cv-9879 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Plaintiffs have filed a Proposed Order to Show Cause for Emergency Relief. Dkt. No. 6. The record does not reflect that Plaintiffs have served the Complaint and motion on Defendants or otherwise notified Defendants of the motion. Nor have Plaintiffs demonstrated that they are entitled to ex parte relief. *See* Fed. R. Civ. P. 65(b)(1). Accordingly, the Court hereby ORDERS Plaintiff to serve the Complaint and accompanying motion on the Defendants by the end of the day today, November 25, 2020. Plaintiffs are ORDERED to docket an affidavit of service on or before the end of the day today, November 25, 2020.

      As soon as Defendants have been served, the parties are instructed to meet and confer to discuss an agreed upon interim solution. If an agreement is reached, the parties shall submit a proposed order to the Court. If no agreement can be reached, the parties shall submit a joint letter by November 27, 2020 with a proposed schedule for briefing and oral argument (should the Court require it). If the parties do not agree on a proposed schedule, the joint letter should include their respective proposals. The letter must include affirmation that a good faith effort was made by both sides during the required meet and confer.

      Plaintiffs must serve this Order on the Defendants and submit an affidavit of service by the end of the day today, November 25, 2020.

      SO ORDERED.

Dated: November 25, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge