USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.G., *individually and as parent and natural guardian of A.I. and L.I., minor children*, *et al.*,

        Plaintiffs,

–v–

City of New York, *et al.*,

        Defendants.

20-cv-9879 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the parties' letters and proposed briefing schedules. Dkt. Nos. 22, 24, and 26. Defendants' opposition is due by December 4, 2020 and Plaintiffs' Reply is due by December 7, 2020. The Court also instructs the parties to submit a joint letter by December 2, 2020 informing the Court of whether either party is seeking an evidentiary hearing for resolution of Plaintiffs' motion for a preliminary injunction or if they are seeking resolution on the papers with oral argument (should the Court require it).

    SO ORDERED.

Dated: November 30, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge