```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.G., *et al.*,

                Plaintiffs,

     –v–

City of New York, *et al.*,

                Defendants.

20-cv-9879 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court is in receipt of the parties' responses to this Court's December 3, 2020 Order. *See* Dkt. Nos. 30, 39. The Plaintiffs state that the "primary factual dispute that the Court must determine in order to resolve the PI Motion will concern how long will it take Defendants to comply with the relief requested by Plaintiffs in the PI Motion (i.e., the installation of WiFi or other reliable internet access in all 240 shelters identified by Defendants)." *See* Dkt. No. 30 at 1. Thus, Plaintiffs do not seek discovery and a hearing with respect to their *entitlement to relief*, but only with respect to how long it will take to implement any such relief if it is granted.

      Given this, the Court will expeditiously resolve the question of whether Plaintiffs' are likely to succeed on the merits of their claims as to entitlement to relief on the now submitted papers and with oral argument. The Court hereby schedules that oral argument for December 16, 2020 at 2:00 P.M. The oral argument will proceed by teleconference. At 2 p.m. on December 16, 2020, the parties shall call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 919-6964, followed by the pound (#) key. Members of the public may access the audio of the proceeding using the same dial-in number and access code.

If the Court concludes that Plaintiffs have established a likelihood of success on the issue of entitlement to relief, the Court will immediately set an accelerated discovery schedule and schedule an evidentiary hearing on the factual dispute identified by the Plaintiffs.

SO ORDERED.

Dated: December 11, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge