USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.G., *et al.*,

            Plaintiffs,

–v–

City of New York, *et al.*,

            Defendants.

20-cv-9879 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As stated on the record at the December 16, 2020 oral argument, the parties are hereby ORDERED to submit factual supplements to the Court by December 22, 2020. Plaintiffs' factual supplement shall, at a minimum, address the extent to which the named plaintiffs have continued to experience connectivity issues. The Court has received Defendants' December 18, 2020 factual supplement, Dkt. No. 46, but to the extent Defendants deem any additional information relevant, they shall submit such a supplement by no later than December 22, 2020.

    Furthermore, by December 23, 2020, the parties shall notify the Court whether they intend to ask the Court to hold the present motion in abeyance pending the mediation or settlement efforts they are currently undertaking before Judge Freeman.

    SO ORDERED.

Dated: December 18, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge