

|  | **T**HE **C**ITY OF **N**EW **Y**ORK |  |
|---|---|---|
| **JAMES E. JOHNSON** | **LAW DEPARTMENT** | **Sabita Krishnan** |
| *Corporation Counsel* | 100 CHURCH STREET | Phone: 212-356-2273 |
|  | NEW YORK, NY 10007 | E-mail: skrishna@law.nyc.gov |

**VIA ECF**  December 29, 2020

The Honorable Alison J. Nathan
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *E.G., individually and as parent and natural guardian of A.I. and L.I., minor children, et. al. v. City of New York, et al.*, No. 20-cv-9879 (AJN)

Dear Judge Nathan:

    We write on behalf of Defendants to seek an extension of Defendants' time to answer or otherwise respond to Plaintiffs' Amended Complaint, which was filed on December 14, 2020. In light of Plaintiffs' pending motion for a preliminary injunction, Defendants seek an extension from the current December 28, 2020 deadline until either (1) ten days after the Court issues a decision denying Plaintiffs' motion, or a decision granting Plaintiffs' motion, but without ordering an evidentiary hearing; or (2) thirty days after the conclusion of any evidentiary hearing in connection with Plaintiffs' motion. This is Defendants' first request for an extension. Plaintiffs state that they do not view Defendants' request for an extension as timely under Rule 15(a)(3), but do not object.

    Respectfully Submitted,

    /s/
Sabita Krishnan
Hope Y. Lu
Assistant Corporation Counsels

cc: Counsel to All Parties (via ECF)