USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.G., *et al.*,

                Plaintiffs,

–v–

City of New York, *et al.*,

                Defendants.

20-cv-9879 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In advance of the evidentiary hearing, presently scheduled to commence on February 24, 2021, the Court will hold a pre-hearing conference on February 17, 2021 at 4:00 p.m. The conference will proceed telephonically. The parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 9196964.

    The parties shall meet and confer and submit a joint letter by no later than February 16, 2021 addressing the following information:

1. Each party's witness list, including whether each witness will appear by declaration or by live testimony;

2. Whether, for each witness on a party's witness list, the opposing party intends to conduct cross-examination through live testimony;

3. An exhibit list of all exhibits sought to be admitted;

4. Any objections to the opposing party's exhibits; and

5. The number of days anticipated for the evidentiary hearing.

SO ORDERED.

Dated: February 11, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge