UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/21
```

E.G., *et al.*,

            Plaintiffs,

    –v–

City of New York, *et al.*,

            Defendants.

20-cv-9879 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The hearing originally scheduled to commence on February 24, 2021 is adjourned until **March 3, 2021**.

    The final pre-hearing conference scheduled for February 22, 2021 is adjourned until **March 1, 2021 at 4:00 p.m.** The conference will proceed telephonically. The parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 9196964.

    By no later than **March 1, 2021**, the parties shall have exchanged witness and exhibit lists and any objections to the opposing party's exhibits. The parties shall also jointly submit for the Court's consideration a stipulation and proposed order regarding the conduct of the evidentiary hearing by remote means by **March 1, 2021**.

    SO ORDERED.

Dated: February 19, 2021
       New York, New York

                                            _____
                                            ALISON J. NATHAN
                                          United States District Judge