# Milbank

**GRANT R. MAINLAND**

*Partner*

55 Hudson Yards  |  New York, NY 10001-2163
T: 212.530.5251
gmainland@milbank.com  |  milbank.com

April 5, 2021

**<u>VIA ECF</u>**

Hon. Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

      Re:    *E.G., individually and as parent and natural guardian of A.I. and L.I., minor children, et al. v. The City of New York et al.*

Dear Judge Nathan:

      We represent Plaintiffs in the above-captioned action.  We write on behalf of all parties, further to our joint letter of February 26, 2021, to advise the Court that the parties have finalized and executed a stipulation of settlement which, if approved by the Court, would resolve all claims asserted by both the individual plaintiffs and members of the putative plaintiff class.  The stipulation of settlement is attached to this letter as Exhibit A.  Plaintiffs intend to file a motion seeking preliminary approval of the settlement, which includes certification of a mandatory class, in short order.

              Respectfully Submitted,

              <u>/s/ Grant R. Mainland</u>

              Grant R. Mainland

cc:     Counsel to All Parties (via ECF)