USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.G., *et al.*,

        Plaintiffs,

–v–

City of New York, *et al.*,

        Defendants.

20-cv-9879 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Clerk of Court is respectfully directed to re-open the case.

    SO ORDERED.

Dated: April 15, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge