UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

E.G., individually and as parent and natural guardian of A.I. and L.I., minor children; M.M., individually and as parent and natural guardian of E.H., L.H., E.P., and E.P., minor children; O.M., individually and as parent and natural guardian of A.M., a minor child; and COALITION FOR THE HOMELESS, on behalf of themselves and all others similarly situated,

                Plaintiffs,

  -against-

THE CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF EDUCATION; MEISHA ROSS PORTER, as Chancellor of the New York City Department of Education; NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES; STEVEN BANKS, as Commissioner of the New York City Department of Social Services; NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES; JOSLYN CARTER, as Administrator of the New York City Department of Homeless Services; NEW YORK CITY HUMAN RESOURCES ADMINISTRATION; GARY JENKINS as Administrator of the New York City Human Resources Administration; NEW YORK CITY DEPARTMENT OF INFORMATION TECHNOLOGY AND TELECOMMUNICATIONS; and JESSICA TISCH, as Commissioner of the New York City Department of Information Technology and Telecommunications,

                Defendants.

-------------------------------------------------------x

No. 20-cv-9879 (AJN)

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND <u>APPROVAL OF THE PROPOSED NOTICE OF SETTLEMENT</u>**

Upon the declarations of Susan J. Horwitz and Grant R. Mainland, and the accompanying Memorandum of Law, Plaintiffs E.G., M.M., O.M., and Coalition for the Homeless hereby move, pursuant to Federal Rule of Civil Procedure 23(e), for an order, *inter alia*: (i) preliminarily approving the proposed Settlement; (ii) certifying the proposed settlement Class and appointing Plaintiffs' counsel as Class counsel solely for purposes of the Settlement; (iii) approving the form and manner of giving notice of the proposed Settlement to Class members; and (iv) scheduling a fairness hearing on approval of the Settlement.

The grounds for this Motion are set forth in the accompanying Memorandum of Law. Attached as Exhibit C thereto is a [Proposed] Order Preliminarily Approving Class Action Settlement and Providing for Notice and Hearing.

Defendants do not oppose the relief requested in this Motion.

Dated: May 3, 2021

    New York, New York

**THE LEGAL AID SOCIETY**

/s/ Susan J. Horwitz

Susan J. Horwitz
Joshua Goldfein
Beth Hofmeister
Kathryn Kliff
199 Water Street
New York, NY 10038
Telephone: (212) 577-3300
SHorwitz@legal-aid.org

**MILBANK LLP**

/s/ Grant R. Mainland

Grant R. Mainland
Alison Bonelli

2

        Emily Lilburn
        Maria Esperanza Ortiz
        55 Hudson Yards
        New York, NY 10001
        Telephone: (212) 530-5251
        GMainland@milbank.com

        ***Attorneys for Plaintiffs***