UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/31/21
```

E.G., *et al.*,

                    Plaintiffs,

          —v—

City of New York, *et al*.,

                    Defendants.

20-cv-9879 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A fairness hearing is scheduled in this case for September 3, 2021, at 2:00 p.m. Per the Plaintiffs' unopposed request, the hearing will proceed by teleconference. *See* Dkt. No. 91. At the scheduled time, the parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 9196964. As indicated in the Plaintiffs' letter, the parties must work expeditiously to inform class members of the remote hearing so that members may attend if desired. The Court will post notice at the courtroom that the proceeding will be by teleconference and provide the dial-in information.

The Plaintiffs are further ORDERED to submit their motion seeking final approval of the class settlement by September 1, 2021.

SO ORDERED.

Dated: August 31, 2021
       New York, New York

_____
        ALISON J. NATHAN
     United States District Judge