UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

E.G., individually and as parent and natural guardian of A.I. and L.I., minor children; M.M., individually and as parent and natural guardian of E.H., L.H., E.P., and E.P., minor children; O.M., individually and as parent and natural guardian of A.M., a minor child; and COALITION FOR THE HOMELESS, on behalf of themselves and all others similarly situated,

    Plaintiffs,

 -against-

THE CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF EDUCATION; MEISHA ROSS PORTER, as Chancellor of the New York City Department of Education; NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES; STEVEN BANKS, as Commissioner of the New York City Department of Social Services; NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES; JOSLYN CARTER, as Administrator of the New York City Department of Homeless Services; NEW YORK CITY HUMAN RESOURCES ADMINISTRATION; GARY JENKINS as Administrator of the New York City Human Resources Administration; NEW YORK CITY DEPARTMENT OF INFORMATION TECHNOLOGY AND TELECOMMUNICATIONS; and JESSICA TISCH, as Commissioner of the New York City Department of Information Technology and Telecommunications,

    Defendants.

---------------------------------------------------------x

No. 20-cv-9879 (AJN)

**PLAINTIFFS' UNOPPOSED MOTION FOR CLASS CERTIFICATION AND <u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

Upon the declarations of Beth C. Hofmeister and Deborah B. Diamant, the accompanying Memorandum of Law, and all prior proceedings in this matter, Plaintiffs E.G., M.M., O.M., and Coalition for the Homeless hereby move, pursuant to Federal Rule of Civil Procedure 23(e), for an order, *inter alia*: (i) finally certifying the Class solely for purposes of the Settlement, as defined in the Stipulation and Order of Settlement dated April 6, 2021 (Dkt. No. 79) (the "Stipulation of Settlement") and (ii) granting final approval of the Settlement, under the terms of set forth in the Stipulation of Settlement.

Defendants do not oppose the relief requested in this Motion.

Dated: September 1, 2021

    New York, New York

**THE LEGAL AID SOCIETY**

/s/ Beth C. Hofmeister

Susan J. Horwitz
Joshua Goldfein
Beth Hofmeister
Kathryn Kliff
199 Water Street
New York, NY 10038
Telephone: (212) 577-3300
SHorwitz@legal-aid.org

**MILBANK LLP**

/s/ Grant R. Mainland

Grant R. Mainland
Alison Bonelli
Emily Lilburn
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5251
GMainland@milbank.com

***Attorneys for Plaintiffs***